UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:05-00107-02

VALERI FRIEND

## WAIVER OF INDICTMENT

I, Valeri Friend, the above-named defendant, who is accused of one violation of Title 21, United States Code, Section 846, as charged in the one-count information filed in this action, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on October 1, 2009, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Valeri Friend

Witness:

_____
Counsel for Defendant