```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                    CRIMINAL ACTION NO. 2:05-00107-02

**VALERI FRIEND**

## O R D E R

On the 1st day of October, 2009, the United States of America appeared by Philip H. Wright and R. Gregory McVey, Assistant United States Attorneys, and the defendant appeared in person and by Kevin M. McNally and Gary A. Collias, her counsel.

Counsel for the United States informed the court that an information charging the defendant with a violation of Title 21, United States Code, Section 846, had been filed on September 29, 2009, which information is ORDERED filed.

After the court advised defendant of her right under Rule 7 of the Federal Rules of Criminal Procedure to be charged by indictment, the defendant waived in writing in the presence of the court and her counsel prosecution by indictment on the charge contained in the information and consented to that

proceeding being by information, which written waiver is ORDERED filed.

Counsel for the United States then presented to the court and read into the record a plea agreement between the United States and the defendant, which plea agreement is ORDERED filed.

The defendant informed the court that she wished to withdraw her plea of NOT GUILTY to count eleven of the twelve-count fourth superseding indictment in this action and enter the plea of guilty to that count.  After the court explained to her the charge contained in count one, the defendant withdrew her plea of NOT GUILTY and entered the plea of GUILTY as charged in count eleven.

The defendant informed the court that she wished to also enter a plea of GUILTY to the information.  After the court explained the charge contained in the information, the defendant entered the plea of GUILTY as charged.

Before accepting the pleas, the court personally addressed the defendant pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and informed the defendant of the nature

of the charge contained in count eleven and the one-count information, the elements of each offense, and the rights to which the defendant is entitled.

The court being satisfied from the admissions of the defendant that a factual basis exists for each plea, and further that the pleas are made voluntarily and that the defendant understands the nature of the charges, the elements of each offense, and the mandatory minimum penalty of life imprisonment, and the maximum possible penalty provided by law for the offense to which each plea is offered, the pleas are hereby accepted and the written plea of guilty executed by the defendant in the presence of the court is ORDERED filed.

Accordingly, IT IS ADJUDGED that the defendant, upon her pleas of GUILTY, is hereby found guilty and convicted of one violation of Title 18, United States Code, Sections 1513(a)(1)(B), 1513(a)(2)(A) and 2, as charged in count eleven of the twelve-count fourth superseding indictment and one violation of Title 21, United States Code, Section 846, as charged in the information in this case.

The court advised the defendant that it accepted her plea agreement, having found that the agreement protects the rights of the defendant and is in the best interests of justice.

The court ORDERED that the Probation Department of this court shall conduct a presentence investigation of the defendant and the defendant shall appear before the court for sentencing at a time to be later announced by the court.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  October 13, 2009

_____
John T. Copenhaver, Jr.
United States District Judge