# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/27/2010                                                                                      Case Number 2:05-cr-107
Case Style: USA vs. Valerie Friend
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                          Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government R. Gregory McVey, Phillip H. Wright/Charles T. Miller

Attorney(s) for the Defendant(s) Kevin McNally, Gary A. Collis

Law Clerk                                                                                            Probation Officer Lee Cueva

## Trial Time

## Non-Trial Time

## Court Time

1:33 pm   to 2:24 pm
Total Court Time: 0 Hours 51 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:33 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and she understands - defendant read PSR, went over with attorney, he explained, understands everything

Objections - acceptance of responsibility

Parties agree there is a 20 year maximum on the Information and that the guideline range for Count 11 is Life

Report is factually accurate

Substantial assistance motion addressed by the government

Court ascertained that Ms. Collins' family had been notified of this proceeding

Mitigation - defense counsel, government, defendant

Court stated reasons for sentence including 3553(a) factors and consideration of substantial assistance motion - defendant has accepted responsibility

## District Judge Daybook Entry

Sentence - 35 years (Count 11) - 20 years on Information to run concurrently - 5 years supervised release - no fine or costs - $1,250 restitution joint and several with Pat Burton - $200 special assessment paid from prison earnings - recommendations noted

Counts 1, 9, 10 and 12

14 days to appeal

Defendant remanded

2:24 concluded