UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                            CRIMINAL NO. 2:05-00107

**VALERI FRIEND**

### MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35

Comes now the United States of America, by R. Booth Goodwin II, United States Attorney for the Southern District of West Virginia, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, and moves the Court to reduce defendant's sentence to reflect "defendant's subsequent substantial assistance in investigating or prosecuting another person."

In support of its motion, the United States represents that the defendant Valeri Friend has provided substantial assistance to the United States in the investigation and prosecution of other persons.

                                                  Respectfully submitted,

                                        s/R. Booth Goodwin II
                                        R. BOOTH GOODWIN II
                                        United States Attorney
                                        WV State Bar No. 7165
                                        300 Virginia Street, East
                                        Room 4000
                                        Charleston, WV  25301
                                        Telephone:  304-345-2200
                                        Fax:  304-347-5104
                                        E-mail: booth.goodwin@usdoj.gov

CERTIFICATE OF SERVICE

    It is hereby certified that the foregoing "MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 16th day of December, 2011, to:

        Gary A. Collias, Esquire
        Post Office Box 70007
        Charleston, WV  25301-0007

        s/R. Booth Goodwin II
        R. BOOTH GOODWIN II
        United States Attorney
        WV State Bar No. 7165
        300 Virginia Street, East
        Room 4000
        Charleston, WV  25301
        Telephone:  304-345-2200
        Fax:  304-347-5104
        E-mail: booth.goodwin@usdoj.gov